**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

MELVIN BROWN                                                                                    **PLAINTIFF**

V.                                            3:05CV00011 WRW/HDY

WEST MEMPHIS POLICE DEPARTMENT *et al.*                                **DEFENDANTS**

## ORDER

Plaintiff, who was incarcerated at the Crittenden County Detention Center, filed this action

pursuant to 42 U.S.C. § 1983, on January 25, 2005.  At that time, Plaintiff submitted an incomplete

Motion for *In Forma Pauperis* status, which was denied in an Order dated April 1, 2005 (docket

entry #7).  Plaintiff was directed to file a new *in forma pauperis* application, as well as an Amended

Complaint setting forth certain specifically requested information about the nature of his claims, and

a partial filing fee submitted by Plaintiff was refunded to him.

When Plaintiff failed to submit the requested documents, and the Court's order was not

returned to it by the postal service, the Court entered an Order of Dismissal on May 6, 2005(docket

entry #8), pursuant to Local Rule 5.5(c)(2), which provides that if any communication from the

Court to a *pro se* litigant is not responded to within thirty days, the case may be dismissed without

prejudice.

Now, nearly seven months later, Plaintiff has submitted another *In Forma Pauperis*

application (docket entry #11) and a Notice of Change of Address (docket entry #10).  Because

Plaintiff's case has been dismissed, and judgment has been entered terminating this case for failure

to prosecute, Plaintiff must file a Motion to Re-Open the case specifically requesting leave to continue prosecution of the case, or he may file a new Complaint raising these allegations in a new case.  In light of Plaintiff's *pro se* status, he will be granted ten (10) days from the entry date of this Order in which to submit his request to re-open the case or otherwise notify the Court of his intention to proceed.  If he fails to do so, his pending *In Forma Pauperis* application will be denied.

IT IS SO ORDERED 31st day of January, 2006.


/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE